# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
## CIVIL MINUTES - GENERAL

CASE NO.:   CV-10-9523-R                           DATE: FEB. 8, 2011

TITLE: GISELLE VORGAN-SMALL -V- VOLKSWAGEN GROUP OF AMERICA INC

================================================================
PRESENT:

HON. MANUEL L. REAL, JUDGE

| William Horrell | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:         ATTORNEYS PRESENT FOR DEFENDANT:

   Not present                                                  Not present

PROCEEDINGS:   ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF FEDERAL JURISDICTION

THIS MATTER IS SET ON CALENDAR FOR HEARING ON FEBRUARY 28, 2011 AT 11:00 A.M. FOR AN ORDER TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED FOR LACK OF FEDERAL JURISDICTION.

PRESENCE OF COUNSEL AT THE HEARING IS MANDATORY; FAILURE TO ATTEND WILL RESULT IN AUTOMATIC DISMISSAL OF THE ACTION.

cc: counsel of record

MINUTES FORM II                                                 Initials of Deputy Clerk__WH___
CIVIL - GEN                              D-M